IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01640-AP

YSOU TAHN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration.

    Defendant.

---

# JOINT CASE MANAGEMENT PLAN

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Julie Kreutzer, Esq.<br>Law Office of Julie Kreutzer, LLC<br>Mailing Address: 1911 11th Street, Suite 301<br>Boulder, Colorado 80302<br>Telephone: (303) 417-0697<br>(303) 417-0698 (facsimile) | John F. Walsh<br>United States Attorney<br><br>Kevin T. Trasko<br>Acting Civil Chief<br>United States Attorney's Office<br>District of Colorado<br><br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, CO 80202<br>303-844-0815<br>Stephanie.Kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

A. Plaintiff's Statement: The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

B. Defendant's Statement: The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed:     July 12, 2010.
B. Date Complaint Was Served on U.S. Attorney's Office:     July 20, 2010.
C. Date Answer and Administrative Record Were Filed:     September 23, 2010.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

A. Plaintiff's Statement: The record appears to be complete and accurate except that the first page is missing of Exhibit 18E, Representative Brief, submitted by Julie Kreutzer, Esq. dated May 22, 2009 which accompanied the May 22, 2009 request for Appellate Council Review, which is in the record. Additionally, there is no copy of the exhibits that belong with the Representative Brief; those exhibits included new evidence for the Appellate Council Review.

B. Defendant's Statement: Counsel for Defendant has asked her client to supplement the record with the exhibits Plaintiff states are missing.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

A. Plaintiff's Statement: The exhibits accompanying the Appellate Council Brief detailed a diagnosis of Mastocytosis that was discovered after Plaintiff's hearing but relates to the period on and before the administrative law judges' hearing. This evidence is probative since the Appeals Council did not return it as beyond the scope of their review.

B. Defendant's Statement: 42 U.S.C. § 405(g) provides that an individual may obtain judicial review of the final decision of the Commissioner of Social Security. The agency's regulations define a final decision one where a claimant has completed the steps of the administrative review process. *See* 20 C.F.R. § 404.900(a)(5). At each step of the review process, a claimant may present information that is helpful to his case. The agency will consider at each step of the review process any information presented as well as the information in the records, subject to the limitations on Appeals Council consideration of additional evidence. *See* 20 C.F.R. § 404.900(b) (citing §§ 404.970(b) and 404.976).

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL

**CLAIMS OR DEFENSES**

N/A

**7. OTHER MATTERS**

N/A

**8. BRIEFING SCHEDULE**
Due to an extended absence by counsel for Defendant, the parties respectfully request the following briefing schedule:

A. Plaintiff's Opening Brief Due:             December 15, 2010
B. Defendant's Response Brief Due:            January 14, 2011
C. Plaintiff's Reply Brief (If Any) Due:      January 31, 2011

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. Plaintiff's Statement: This case has a number of issues that have enough complexity that oral argument may be of some use to the Court since it would provide additional opportunity to explicate issues and answer questions that are of interest to the Court.

B. Defendant's Statement: Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. (x) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

N/A

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 14th day of October, 2010.

BY THE COURT:

 *s/John L. Kane*
U.S. DISTRICT COURT JUDGE KANE

APPROVED:

| | |
|---|---|
| _____ | John F. Walsh |
| Julie Kreutzer , #21927 | UNITED STATES ATTORNEY |
| Law Office of Julie Kreutzer, LLC | |
| 1911 11th Street, Suite 301 | Kevin T. Traskos |
| Boulder, Colorado 80302 | Acting Civil Chief |
| Telephone: (303) 417-0697 | United States Attorney's Office |
| Email: kaalaw@qwestoffice.net | District of Colorado |
| Attorney for Plaintiff | |

/s/Stephanie Lynn F. Kiley

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
1001 Seventeenth Street
Denver, Colorado 80202
(303) 844-0815
(303) 844-0770 Facsimile
stephanie.kiley@ssa.gov

Attorneys for Defendant