IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-01640-REB

YSOU TANH,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on **Defendant's Unopposed Motion To Remand For Further Administrative Proceedings** [#25][1] filed June 22, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this matter should be remanded for further administrative proceedings.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Unopposed Motion To Remand For Further Administrative Proceedings** [#25] pursuant to sentence four of 42 U.S.C. § 405(g) is, **GRANTED**; and

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That the Court directs the clerk to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated June 23, 2011, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge